IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01018-BNB

JOHN MOORE,

    Plaintiff,

v.

DELTA COUNTY HOSPITAL,
STEVE PADUA,
DR. SAM JAHANI,
TOM MINGEN, Hospital Administrator,
COPIC INSURANCE COMPANY,
THE BOARD OF DIRECTORS,
BILL HELLMAN,
JOHN MUSSER
JOHN BREITNAUER,
THEIMA STARNER, and
DORY FUNK,

    Defendants.

---

## ORDER DISMISSING CASE

---

Plaintiff, John Moore, resides in Cedaredge, Colorado. He submitted to and filed with the Court *pro se* a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 and an incomplete complaint.

In an order filed on May 5, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Moore to cure certain deficiencies in the case within thirty days. On May 13, 2010, instead of curing the designated deficiencies, Mr. Moore filed a letter informing the Court that he wanted to dismiss the instant action.

The Court must construe the letter liberally because Mr. Moore is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se*

litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will construe the letter as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter Plaintiff, John Moore, submitted to and filed with the Court on May 13, 2010, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of May 13, 2010, the date the notice of voluntary dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice.

DATED at Denver, Colorado, this __18th__ day of __May__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01018-BNB

John Moore
140 SE Frontier Ct.
Cedaredge, CO 81413

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **5/18/10**

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk